# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHER PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>LOGISTICARE SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01478-DAD-SAB<br><br>ORDER RE NOTICE OF TELEPHONIC APPEARANCE<br><br>(ECF No. 9) |

On December 12, 2019, Defendants LogistiCare Solutions. LLC and Ride Plus, LLC filed a notice of telephonic appearance. (ECF No. 9.) Pursuant to this Court's order setting the mandatory scheduling conference, to appear at the scheduling conference the parties were directed to contact the courtroom deputy. Having done so, no notice of telephonic appearance was necessary. For future reference, to appear telephonically, all that is required is that the party contact the courtroom deputy in advance so the telephonic appearance can be noted on the calendar. See www.caed.uscourts.gov under Judges; Boone (SAB); Standard Information (in the area entitled "Telephonic Appearances").

IT IS SO ORDERED.

Dated: **December 12, 2019**

                                            UNITED STATES MAGISTRATE JUDGE