# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHER PATEL,<br><br>    Plaintiff,<br><br>v.<br><br>LOGISTICARE SOLUTIONS, LLC, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01478-DAD-SAB<br><br>ORDER SETTING BRIEFING SCHEDULE AND CONTINUING SCHEDULING CONFERENCE |

A mandatory scheduling conference was set in this matter for December 16, 2019. Counsel George Lin appeared telephonically for Meher Patel "(Plaintiff") and counsel Michael Kun appeared telephonically for LogistiCare Solutions, LLC and Ride Plus, LLC. ("Defendants"). Based on the discussion at the December 16, 2019 hearing, Plaintiff is intending to file an amended complaint and Defendants will be substituting counsel. Accordingly, the scheduling conference shall be continued to allow for the substitution of counsel and for an amended complaint and responsive pleading to be filed.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff shall file a stipulation or a motion to amend the complaint on or before **January 22, 2020**, with a hearing to be set before the district judge according to Rule 230 of the Local Rules of the Eastern District of California;

2. The mandatory scheduling conference is continued to **March 10, 2020, at 11:00**

1

**a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference date.

IT IS SO ORDERED.

Dated: **December 16, 2019**

_____
UNITED STATES MAGISTRATE JUDGE