# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHER PATEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOGISTICARE SOLUTIONS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01478-DAD-SAB<br><br>ORDER RE STIPULATION GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT<br><br>(ECF No. 18) |

On January 22, 2020, the parties filed a stipulation to allow Plaintiff to file a third amended complaint in this action. (ECF No. 18.) Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff is granted leave to file a third amended complaint;
2. Plaintiff shall file a third amended complaint within **five (5) days** of the date of entry of this order; and
3. Defendants shall file a responsive pleading to Plaintiff's third amended complaint within **fourteen (14) days** of the date of filing of the third amended complaint.

IT IS SO ORDERED.

Dated: **January 23, 2020**

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1