UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MEHER PATEL, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>LOGISTICARE SOLUTIONS, LLC, et al.,<br><br>Defendants. | CASE No. 1:19-cv-01478-NONE-SAB<br><br>ORDER RE JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND EXTEND DEADLINES<br><br>(ECF No. 27) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendants' reply in support of their Motion to Compel Arbitration and Stay Proceedings shall be filed on or before Tuesday, March 31, 2020; and

2. The hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings is CONTINUED to Tuesday, April 7, 2020 at 9:30 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: **March 2, 2020**

UNITED STATES MAGISTRATE JUDGE