| | |
|---|---|
| MICHELE L. MARYOTT, SBN 191993<br>  mmaryott@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>Facsimile: 949.451.4220<br><br>THEANE EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>LAUREN M. BLAS, SBN 296823<br>  lblas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Defendants<br>LOGISTICARE SOLUTIONS, LLC and<br>RIDE PLUS, LLC | STEPHEN NOEL ILG, SBN 275599<br>  silg@ilglegal.com<br>GEORGE LIN, SBN 287873<br>  glin@gibsondunn.com<br>ILG LEGAL OFFICE, P.C.<br>1001 Bayhill Drive, Second Floor<br>San Bruno, CA 94066<br>Telephone: 415.580.2574<br>Facsimile: 415.735.3454<br><br>Attorneys for Plaintiff<br>MEHER PATEL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MEHER PATEL, on behalf of herself, all others similarly situated, and the general public,<br><br>            Plaintiff,<br><br>  v.<br><br>LOGISTICARE SOLUTIONS, LLC, a Delaware Limited Liability Corporation, RIDE PLUS, LLC, a Delaware Limited Liability Corporation, doing business as Provado Mobile Health, and DOES 1 through 100, inclusive,<br><br>            Defendants. | CASE NO. 1:19-cv-01478-NONE-SAB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND EXTEND DEADLINES** |

Plaintiff Meher Patel ("Plaintiff") and Defendants LogistiCare Solutions, LLC and Ride Plus, LLC ("Defendants") by and through their respective attorneys of record hereby stipulate and agree as follows:

**WHEREAS**, on March 1, 2019, Plaintiff filed the Complaint in Tuolumne County Superior Court (Dkt. 1-1);

**WHEREAS**, on October 17, 2019, Defendants filed a Notice of Removal to the United States District Court for the Eastern District of California (Dkt. 1);

**WHEREAS**, on January 27, 2020, Plaintiff filed the operative Third Amended Complaint (Dkt. 20);

**WHEREAS**, on February 10, 2020, Defendants filed an Answer to the Third Amended Complaint (Dkt. 22) and also filed a Motion to Compel Arbitration and Stay Proceedings (Dkt. 23);

**WHEREAS**, on February 11, 2020, the Court continued the Scheduling Conference to June 11, 2020 due to the pending Motion to Compel Arbitration and Stay Proceedings (Dkt. 24);

**WHEREAS**, on February 25, 2020, Plaintiff filed her Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. 25);

**WHEREAS**, on February 28, 2020, the parties sought a stipulation from the Court to extend Defendants' deadline to file their Reply and to continue the hearing date on their Motion (Dkt. 27), which the Court approved on March 2, 2020 (Dkt. 28);

**WHEREAS**, pursuant to that stipulation, Defendants' Reply in support of their Motion to Compel Arbitration and Stay Proceedings is currently due on Tuesday, March 31, 2020 (Dkt. 28);

**WHEREAS**, the hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings is currently scheduled for Tuesday, April 7, 2020 (Dkt. 28);

**WHEREAS**, the parties are continuing to discuss how the case should proceed and have agreed to a further four-week extension of the foregoing deadlines in order to complete their discussions, subject to this Court's approval;

**WHEREAS**, the parties' request to extend these deadlines is made without prejudice to seeking further extension of time should the circumstances warrant;

**THEREFORE**, the parties, by and through their attorneys of record, hereby stipulate and agree as follows:

1. Defendants' Reply in support of their Motion to Compel Arbitration and Stay Proceedings shall be due on Tuesday, April 28, 2020; and

2. The hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings is continued to Tuesday, May 5, 2020, or such other date and time as may be convenient for this Court.

Dated: March 30, 2020

MICHELE L. MARYOTT
THEANE EVANGELIS
LAUREN M. BLAS
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Michele L. Maryott*
      Michele L. Maryott

Attorneys for Defendants
LOGISTICARE SOLUTIONS, LLC and
RIDE PLUS, LLC

Dated: March 30, 2020

STEPHEN NOEL ILG
GEORGE LIN
ILG LEGAL OFFICE, P.C.

By: */s/ Stephen Noel Ilg (as authorized on 3/30/20)*
      Stephen Noel Ilg

Attorneys for Plaintiff
MEHER PATEL

# **ORDER**

PURSUANT TO THE ABOVE STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that:

1. Defendants' reply in support of their Motion to Compel Arbitration and Stay Proceedings shall be due on Tuesday, April 28, 2020; and
2. The hearing on Defendants' Motion to Compel Arbitration and Stay Proceedings is continued to Tuesday, May 5, 2020.

IT IS SO ORDERED.

Dated: **March 31, 2020**

_____
UNITED STATES DISTRICT JUDGE

Gibson, Dunn & Crutcher LLP