# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHER PATEL, | Case No. 1:19-cv-01478-DAD-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS AND VACATING ALL DATES AND MATTERS |
| v. | |
| LOGISTICARE SOLUTIONS, LLC, et al., | (ECF No. 31) |
| Defendants. | THIRTY DAY DEADLINE |

On April 28, 2020, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days of the date of entry of this order.

IT IS SO ORDERED.

Dated:  **April 28, 2020**

UNITED STATES MAGISTRATE JUDGE

1