# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHER PATEL,<br><br>  Plaintiff,<br><br>  v.<br><br>LOGISTICARE SOLUTIONS, LLC,<br><br>  Defendant. | Case No.  1:19-cv-01478-NONE-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 33) |

Meher Patel ("Plaintiff") filed this action on behalf of herself and all others similarly situated in the Tuolumne County Superior Court.  On October 17, 2019, Logisticare Solutions, LLC and Ride Plus, LLC ("Defendants") removed this action to the Eastern District of California.  On February 10, 2020, Defendants filed an answer and a motion to compel arbitration that is currently pending.  On April 28, 2020, a notice was filed stating that this matter had been settled and the parties were ordered to file dispositional documents by May 28, 2020.  On May 28, 2020, a stipulation for dismissal of Plaintiff's claims in this action was filed.

In light of the stipulation of the parties, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997), and Plaintiff Patel's claims have been dismissed with prejudice and without an award of costs or attorneys' fees.  The dismissal is without prejudice as to any other individual.

/ / /

/ / /

/ / /

1

1   Accordingly, the Clerk of the Court is HEREBY DIRECTED to assign a district judge to
2  this case for the purpose of closing the case and then to adjust the docket to reflect voluntary
3  dismissal of this action pursuant to Rule 41(a).

4
5  IT IS SO ORDERED.

6  Dated:   **May 29, 2020**

                                         UNITED STATES MAGISTRATE JUDGE